

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

## DESIGNATION OF A DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE SECOND CIRCUIT

*For the Purpose of Trying a Specific Case*

Pursuant to 28 U.S.C. § 294(c), having determined that it is in the public interest, I hereby designate the Honorable Geoffrey W. Crawford, United States District Judge for the District of Vermont, to perform the duties of United States District Judge temporarily for the Northern District of New York for the specific case *Mission Landing Condominium Association v. Dominguez et al.*, Case No. 5:26-cv-1108 (ECC/ML), and all related matters.

Dated:  June 15, 2026

Debra Ann Livingston
Chief Circuit Judge
Second Circuit Court of Appeals

cc:  Hon. Brenda K. Sannes, Chief U.S.D.J., Northern District of New York
John M. Domurad, Clerk of Court, Northern District of New York
Hon. Christina Reiss, Chief U.S.D.J., District of Vermont
Jeffrey S. Eaton, Clerk of Court, District of Vermont
Michael Jordan, Second Circuit Executive

CERTIFIED COPY
Catherine O'Hagan Wolfe, Clerk

by _____
DEPUTY CLERK

__June 15__,20_26_