UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MISSION LANDING CONDOMINIUM ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>MARIE THERESE DOMINGUEZ, in her official capacity as the Commissioner of the New York State Department of Transportation, and KATHY MOSER, in her official capacity as the Commissioner[1] of the New York State Office of Parks, Recreation and Historic Preservation,<br><br>Defendants. | ) | Case No. 5:26-cv-1108 |

**ENTRY ORDER**

On September 15, 2026, the court held a status conference. Following the conference, the court orders:

1. Plaintiff shall file an amended complaint within 30 days. The amended complaint shall add any federal agency needed for a resolution of claims concerning the National Environmental Protection Act and other federal statutes. It should also distinguish clearly between the claim of violations of the NEPA and other federal statutes and the allegations of due process violations. Defendants shall have the normal response time for a motion to dismiss or other pleading.

[1] Ms. Moser was the Acting Commissioner at the time that this lawsuit was filed. She has since been confirmed as the Commissioner.

2. Not later than September 18, 2026, Plaintiff's counsel shall forward drawings and other documents concerning a proposed "fix" for the project to defense counsel. The court understands that Plaintiff's representatives have prepared an alternative plan that they wish to discuss with the state agencies.

3. Not later than September 25, 2026 (or as otherwise agreed), the parties shall meet in person to discuss the proposed "fix" and any other measures that may settle the case.

The court will schedule a follow-up status conference in about 45 days.

SO ORDERED.

Dated this 15th day of September, 2026.

Geoffrey W. Crawford, Judge
United States District Court